# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| KLX Energy Services LLC, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Telos Industries, Inc. and Dustin Adams, | ) |
| Defendants. | ) Case No.: 1:18-cv-225 |

The court shall hold a status conference on December 18, 2019, at 3:00 p.m. by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 16th day of December, 2019.

          */s/ Clare R. Hochhalter*
          Clare R. Hochhalter, Magistrate Judge
          United States District Court