# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| KLX Energy Services, LLC, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Telos Industries, Inc., and Dustin Adams, | ) | |
| | ) | Case No. 1:18-cv-225 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on June 9, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 23rd day of December, 2019.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court