# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| KLX Energy Services LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | **RE DISCOVERY DISPUTE** |
| vs. | ) | |
| | ) | |
| Telos Industries, Inc. and Dustin Adams, | ) | Case No. 1:18-cv-225 |
| | ) | |
| Defendants. | ) | |

The court shall hold a status conference with the parties by telephone on November 13, 2020, at 10:00 a.m. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court