IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| KLX Energy Services, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO AMEND PRETRIAL DEADLINES** |
| vs. | ) | |
| | ) | |
| Telos Industries, Inc., Dustin Adams, | ) | |
| and Oklahoma Safety Equipment | ) | |
| Company, Inc., | ) | Case No. 1:18-cv-225 |
| | ) | |
| Defendants. | ) | |

On July 15, 2021, the parties filed a what the court construes as a stipulation to amend the scheduling/discovery plan. (Doc. No. 153). The court **ADOPTS** the parties' stipulation and **AMENDS** the pretrial deadlines as follows:

1. Plaintiff's expert designations and disclosures/ reports are due by August 6, 2021.

2. Defendants' expert designations and disclosures/reports are due by September 6, 2021.

3. Rebuttal expert designations and disclosures/reports are due by September 20, 2021.

4. The parties shall have until October 1, 2021, to complete all fact discovery, with written fact discovery requests served at least 30 days prior to this deadline.

5. The parties shall have until October 15, 2021, to complete all expert discovery, with written expert discovery requests served at least 30 days prior to this deadline.

6. The deadline for filing dispositive motions deadlines is October 29, 2021.

7. The deadline for filing any motions objecting to experts or their opinions is October 29, 2021.

8. Lead counsel for each party confer by February 4, 2022, about the procedures for handling of testimony and exhibits at trial which may constitute confidential or AEO material under the December 19, 2019, agreed protective order.

9. The parties shall have until February 17, 2022, to file a joint brief regarding their proposed handling of confidential and AEO testimony and exhibits as provided in section 17 of the December 19, 2019, agreed protective order. For any disputed issue on confidential and AEO information, each party shall set forth their position and may file a brief on the same. Responses and replies will be governed by this court's local rules.

10. Each party shall have until February 9, 2022, to file their Rule 26(a)(2) disclosures, including a witness list, an exhibit list, and page/line designations for each deposition which the party may present at trial.

11. Each party shall have until February 16, 2022, to file any objections required under Rule 26(a)(3)(B), as well as each objection to the page/line deposition designations made by another party.

11. Lead counsel for each party shall meet in person on or before February 21, 2022, to confer in good faith regarding pretrial matters, including stipulations to facts and exhibits, and the admissibility of and objections to witnesses, designated deposition testimony and exhibits.

12. Plaintiff's counsel shall provide a draft proposed pretrial order to defendants' counsel by February 11, 2022.

13. The parties shall submit a joint proposed stipulated pretrial order to the court via

email by February 17, 2022. The proposed order should be emailed to ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2021.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                Magistrate Judge